UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GWENDOLYN HOLLBACK,

    Plaintiff,

  v.

GREAT LAKES ENTITIES, INC. *et al.*,

    Defendants.

Case No. 2:21-cv-4956
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## ORDER

This matter is before the Court for consideration of Plaintiff Gwendolyn Hollback's Motion for Default Judgment against Defendant Great Lakes Entities, Inc. and Cornerstone Resolution Group, Inc. ("Defendants"). (ECF No. 7.) On March 16, 2022, this Court held a hearing to consider Plaintiff's requested relief (the "Default Judgment Hearing"). (ECF No. 8.) For the reasons stated therein, the Court **GRANTS** Plaintiff's Motion for Default Judgment. (ECF No. 7.) The Clerk is **DIRECTED** to enter a total judgment of **$13,948.02** against Defendants, earmarked as follows:

1. **Statutory Damages**: $1,000 in statutory damages under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, and $200 in statutory damages under the Consumer Sales Practices Act ("CSPA"), Ohio Rev. Code § 1345.09(B).

2. **Noneconomic Damages**: $10,000 in noneconomic damages for the emotional injuries described in Plaintiff's Motion for Default Judgment and attested to during the Default Judgment Hearing.

3. **Attorney's Fees**: $2,135 in reasonable attorney's fees.

4. **Court and Other Costs**: $402.00, which represents the fixed court costs paid by Plaintiff to bring her cause of action, and $211.02, which represents the costs of service of process and associated mailing expenses.

    This case is to be closed on the docket of this Court.

    **IT IS SO ORDERED.**

**3/21/2022**                                             s/Edmund A. Sargus, Jr.
**DATE**                                                      **EDMUND A. SARGUS, JR.**
                                                             **UNITED STATES DISTRICT JUDGE**